Date: 08/15/11                               **DIVIDENDS REMITTED TO THE COURT**                                Page:

Case Number 10-17307 - DERENIA, MITCHELL ALAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Oklahoma Natural Gas Company**<br>**PO Box 21019**<br>**Tulsa OK 74121-9922** | 000001 | 64.74 | 3.95 |
| ---------- Remittance Total --------------- | | 64.74 | 3.95 |

DOUGLAS GOULD, PLC, Trustee

FILED
AUG 17 2011
GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY